PROB.22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:01CR[illegible] |
| DOCKET NUMBER (Rec. Court) | |

RECEIVED
USDC CLERK, CHARLESTON, SC
2007 OCT 25 P 4: [illegible]

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Adrian Green** | Rhode Island | Providence |

NAME OF SENTENCING JUDGE

Honorable Mary M. Lisi
Chief U.S. District Judge

| DATES OF PROBATION / SUPERVISED RELEASEE | FROM: | TO: |
|---|---|---|
| | January 12, 2007 | January 11, 2012 |

OFFENSE

Possession With Intent to Distribute 50 or More Grams of Cocaine Base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF SOUTH CAROLINA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

September 21, 2007 — [signature]

*Date*

*Honorable Mary M. Lisi*
*Chief U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF SOUTH CAROLINA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 26, 2007 — [signature]

*Date*

*United States District Judge*